**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Allstate New Jersey Insurance Company,

        Plaintiff(s),

    -against-

Michael J. Valenti,

        Defendant(s).
-----------------------------------------------------------------------X

Index No. 14 CV 702

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              S.S.:
COUNTY OF ROCKLAND  )

    BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 8th day of February, 2014, at approximately the time of 8:51am, on the 10th day of February, 2014, at approximately the time of 7:20pm and on the 11th day of February, 2014, at approximately the time of 12:51pm, deponent attempted to serve a true copy of the Corporate Disclosure Statement, Civil Cover Sheet, Summons, Verified Complaint, Judges Rules and ECF Rules & Instructions upon Michael J. Valenti at 90 Whitson Road, Briarcliff Manor, NY, 10510 but there was no answer at the door.

    That on the 11th day of February, 2014, at approximately the time of 12:57pm, therefore, deponent served a true copy of the foregoing papers upon Michael J. Valenti by firmly affixing same conspicuously on the front door at that address, the actual place of Michael J. Valenti.

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com



That on the 12th day of February, 2014, deponent served another copy of the foregoing upon Michael J. Valenti by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of Suffern and State of New York, addressed as follows:

Michael J. Valenti
90 Whitson Road
Briarcliff Manor, NY 10510


BRENDAN COLLISHAW

Sworn to before me this
12th day of February, 2014

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com